IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SIMON CANDELARIO-ESPIRITU,<br><br>　　　　Defendant. | Case No.: 2:13-CR-00381 TLN<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE: 8 USC § 1326 – Deported Alien Found in United States

Ben Galloway is hereby appointed effective November 19, 2013.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED FINANCIAL AFFIDAVIT SUPPORTING APPOINTMENT.**

Dated:  November 22, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL　　　　1